UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD BOWEN, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MCKESSON CORPORATION, et al.; <br><br> Defendants. | CASE NO.: 1:12-CV-01906-LJO-SKO <br><br> **ORDER GRANTING STIPULATED REQUEST TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFFS' COMPLAINT PENDING RESOLUTION OF MOTION TO REMAND** <br><br> Complaint filed: November 14, 2012 <br> Case Removed: November 21, 2012 |

This matter comes before the Court upon the parties' Stipulated Request to Extend Defendants' Time to Respond to Plaintiffs' Complaint Pending Resolution of Motion to Remand.  Upon careful scrutiny, and for good cause shown, the Court finds the Stipulated Request well taken and grants the request.

Accordingly, it is hereby **ORDERED** that:

1. The deadline for any Defendant to respond to the Complaint shall be continued until thirty (30) days after the entry of any order of this Court denying

- 2 -

1  Plaintiffs' Motion to Remand; and

2    2. Should such Motion to Remand be granted, Defendants' time to respond to the Complaint shall be governed by the California Code of Civil Procedure, stipulation of counsel, and/or other court order.

IT IS SO ORDERED.

 Dated: **April 8, 2013**      **/s/ Sheila K. Oberto**
                UNITED STATES MAGISTRATE JUDGE